# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMALSIKOU LOWE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70262

**FILED**

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus challenging the validity of a judgment of conviction. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRAP 22. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:  Lamalsikou Lowe
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

16-18956